UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

TS EMPLOYMENT, INC.,

               Debtor.
---------------------------------------------------------------X

Chapter 7
Case No. 15-10243 (MG)

JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for TS EMPLOYMENT, INC.,

               Plaintiff,
     v.

TRI-STATE EMPLOYMENT SERVICE, INC., TRI-STATE EMPLOYMENT SERVICES, INC., BROADWAY PEO, INC., CARUSSO STAFFING CORP., STS GROUP, INC., TRISTATE SC, INC., ODYSSEY ASSOCIATES, INC., TRI- STATE NORTH CAROLINA, INC., TSE-PEO, INC., ROBERT CASSERA, JOHN MESSINA, JAMES FOLEY and JOSEPH CASSERA,

               Defendants,

       and

JOFAZ TRANSPORTATION, INC.; Y&M TRANSIT CORP.; SCHOOL BUS BY SUPERIOR; and THIRD AVENUE TRANSIT, INC.,

               Third-Party Respondents.
---------------------------------------------------------------X

Adv. Proc. No. 17-1013 (MG)

**NOTICE OF MOTION OF THIRD-PARTY RESPONDENTS JOFAZ TRANSPORTATION, INC.; Y&M TRANSIT CORP.; and THIRD AVENUE TRANSIT, INC., TO WITHDRAW THE REFERENCE AND DISMISS THE MOTION**

       PLEASE TAKE NOTICE that Third-Party Respondents Jofaz Transportation, Inc., Y&M Transit Corp., and Third Avenue Transit, Inc. respectfully move the United States District Court for the Southern District of New York for an Order, pursuant to 28 U.S.C.

§157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, withdrawing the reference of this matter to the United States Bankruptcy Court for the Southern District of New York; and upon withdrawing the reference, dismissing the motion of the Chapter 11 trustee and dismissing the Adversary Proceeding as against Respondents pursuant to Fed Rules Civ Proc R 12 (b) (1) and (6), and 28 USC §§ 1331, 1334, and 1367, for the reasons set forth in the Memorandum of Law and Affirmation of Lawrence A. Garvey, Esq. and all exhibits thereto, which are submitted herewith.

**Dated**: New City, New York
November 2, 2020

Respectfully submitted,

**Lawrence A. Garvey & Associates, P.C.**

By: _____
Joseph Reiter, Esq.
Lawrence A. Garvey, Esq.
317 South Little Tor Road
New City, New York 10956
(845) 634-6404
lgarvey@laglawfirm.com